# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA KATHERINE ESQUIVEL,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:24-cv-00353-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE WITHDRAWN MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 14) |

On July 24, 2024, Plaintiff filed two opening briefs in this action.  (ECF Nos. 14, 15.)  On July 25, 2024, Plaintiff filed a notice of withdrawal of one motion for summary judgment (ECF No. 14) and states an intent to proceed on the latter-filed motion (ECF No. 15).

Accordingly, based on Plaintiff's notice, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to administratively terminate the motion for summary judgment filed on July 24, 2024 (ECF No. 14).

IT IS SO ORDERED.

Dated:  **July 25, 2024**

UNITED STATES MAGISTRATE JUDGE