# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA KATHERINE ESQUIVEL,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:24-cv-00353-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 12) |

On July 24, 2024, Plaintiff filed a motion for summary judgment. (ECF No. 15.) Pursuant to the scheduling order filed on March 27, 2024, Defendant's responsive pleading is due within thirty days, or August 23, 2024. (ECF Nos. 5 at 2.) On August 15, 2024, a stipulation was filed for a thirty-day extension of time for Defendant to respond to Plaintiff's motion for summary judgment. The parties further stipulate that Plaintiff's optional reply brief will be due on or before October 7, 2024.[1]

/ / /

/ / /

/ / /

---

[1] The parties stipulate that "Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before October 7, 2024)." (ECF No. 20.) However, twenty days after September 23, 2024 is October 13, 2024. The Court shall order Plaintiff to file a responsive brief, if any, no later than October 7, 2024, as it conforms with the existing scheduling order. (See ECF No. 5 at 2 ("Within 14 days after service of the Defendant's cross-motion for summary judgment and opposition, the Plaintiff shall file any optional reply brief.").) Should Plaintiff need additional time to file her optional reply brief, she may request an extension supported by good cause.

1

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's motion for summary judgment on or before September 23, 2024; and

2. Any responsive brief by Plaintiff shall be due no later than October 7, 2024.

IT IS SO ORDERED.

Dated:   **August 15, 2024**

UNITED STATES MAGISTRATE JUDGE